**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Domingo ZAPATA–ROBLES,
Defendant—Appellant.**

**No. 01–50114.
D.C. No. CR–98–00650–RMB.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

### MEMORANDUM **

Jose Domingo Zapata–Robles ("Zapata–Robles") appeals the 87–month sentence imposed by the district court following a

---

remand from this Court for re-sentencing. We have jurisdiction under 18 U.S.C. § 3742(a), and we affirm.

Zapata–Robles contends that pursuant to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court erred by imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior aggravated felony. He also contends 8 U.S.C. § 1326(b) is unconstitutional and cannot be applied at sentencing because it allows a sentence to be increased based upon facts which were not submitted to a jury, violating *Apprendi*. Zapata–Robles's arguments however, are foreclosed by this Court's recent decision in *United States v. Arellano–Rivera*, 244 F.3d 1119, 1127 (9th Cir.2001).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.